908

No. 55, Misc. RICHARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall,* former *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 225, Misc. HOBBS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George L. Saunders* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 317, Misc. CONNER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 332, Misc. POWERS *v.* CALIFORNIA. Super. Ct. Cal., City and County of S. F. Certiorari denied.

No. 366, Misc. STARNES *v.* MARKLEY, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar, David Rubin* and *Gerald P. Choppin* for respondent.

No. 392, Misc. OLIVER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 539, Misc. RAMIREZ-VILLA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent.